**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-7168**

---

CHAUNCEY BENNETT,

  Plaintiff - Appellant,

  v.

WARDEN JOHN WOLFE; LIEUTENANT RUBY WHITE; LIEUTENANT VALERIE STYLES; LIEUTENANT   TROXELL; STEPHEN T. MOYER, Secretary,

  Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Chief District Judge.  (1:17-cv-00302-JKB)

---

Submitted:  December 20, 2017                    Decided:  January 11, 2018

---

Before TRAXLER, SHEDD, and FLOYD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Chauncey Demetrius Bennett, Appellant Pro Se. Teresa Marie Kelly, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order granting summary judgment to defendants and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bennett v. Wolfe*, No. 1:17-cv-00302-JKB (D. Md. Aug. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*